UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>THOMAS GUZMAN-SOLANO,<br><br>                    Defendant. | No. CR-98-2114-FVS<br><br>ORDER DISMISSING INDICTMENT |

   **THIS MATTER** having come before the Court based upon the government's motion to dismiss; Now, therefore

   **IT IS HEREBY ORDERED:**

   The indictment is dismissed without prejudice.

   **IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

   **DATED** this ___17th___ day of May, 2007.

                          s/ Fred Van Sickle
                          Fred Van Sickle
                     United States District Judge

THOMAS GUZMAN-SOLANO- 1